[No. 23042–5–I. Division One. April 30, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSE PABLO ALVAREZ, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–02883–1, Steven G. Scott, J., entered September 22, 1988. *Dismissed* by unpublished per curiam opinion.

[No. 24657–7–I. Division One. April 30, 1990.]

THE CITY OF SEATTLE, *Respondent,* v. TED A. DOBYNS, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–05807–1, Susan R. Agid, J., entered July 18, 1989. *Reversed* by unpublished per curiam opinion.

[No. 23462–5–I. Division One. April 30, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. LUSTER O'NEAL MITCHELL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–02709–5, Donald D. Haley, J., entered December 19, 1988. *Dismissed* by unpublished per curiam opinion.

[No. 23701–2–I. Division One. April 30, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. TIMOTHY ALLAN LITTEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–04604–9, Steven G. Scott, J., entered February 9, 1989. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Coleman, C.J., and Grosse, J.